

**The Curtis Law Firm PC**

Writer's Direct Dial:
(214) 752-2222, ext. 12

Writer's E-mail Address:
jcarruth@curtislaw.net

March 14, 2009

Nancy Sue Resnick
Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, Texas 75242

Re: TS PRINTING COMPANY, INC., and MUNOZ PRINTING CO., INC. (the "Debtors"); Case No. 08-32760-SGJ-11 (Jointly Administered)

Dear Ms. Resnick and Notice Parties:

Pursuant to the Court's Fee Procedures Order (Docket No. 98) approved on August 8, 2008, Debtor's counsel, The Curtis Law Firm, PC (the "Firm") hereby serves its monthly fee statement for the months of November, 2008, December, 2008, and January, 2009 (collectively, the "Fee Statement"). Under the Fee Procedures Order, the Firm is entitled to payment of 75% of fees for services rendered, and 100% of out-of-pocket expenses that are disclosed in the Fee Statement and that are not objected to within fifteen (15) days of service.

The amounts sought for payment by this Fee Statement total (a) $61,046.25 constituting 75% of fees for compensation for unpaid services rendered, and (b) $ $937.69, constituting 100% of reimbursement for unpaid out-of-pocket expenses. The amounts and description of services and costs are reflected in the invoices enclosed herewith. *Please contact the undersigned if you wish to receive a full-sized copy of the enclosed invoices.* Pursuant to the Fee Procedures Order, the Firm's compensation and reimbursement remain subject to final approval upon application to the Court.

A copy of this Fee Statement contemporaneously is being served upon (i) the United States Trustee for the Northern District of Texas, (ii) the Debtors, (iii) the Debtors' twenty (20) largest unsecured creditors, (iv) the Debtors' secured creditors, and (v) each party who has filed a notice of appearance and request for service of papers.

Respectfully,

Jeff Carruth

RECEIVED
MAR 17 2009
BY:

*Enclosure.*



**The Curtis Law Firm PC**

Bank of America Plaza
901 Main Street, Suite 6515
Dallas, Texas 75202
Tax ID #: 76-0752764

**REDACTED**

TS Printing Company, Inc.
Attention: Terry Slagle, President
8000 Sovereign Row, Suite A
Dallas TX 75247

December 30, 2008

Re: In re TS Printing Company, Inc. and Case No. 08-32866-HDH-11, In re Munoz Printing Co., Inc., both pending in the United States Bankruptcy Court for the Northern District of Texas.
Matter #: 10040
Invoice #: 17950

**PROFESSIONAL SERVICES:**

| Date | Tmkpr/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 11/3/2008 | JCa B050 | Telephone conference with L. Barry regarding (.5). | 0.50 | 142.50 |
| | JCa B060 | Worked on subpoenas for obtaining MPC bank account records from Guaranty Bank (.4). | 0.40 | 114.00 |
| | JCa B060 | Telephone conference with C. Mitchell regarding SL Financial motion for relief from automatic stay (.4). | 0.40 | 114.00 |
| | JCa B050 | Correspondence with opposing counsel S. Rose regarding carton proceeds issue (.1). | 0.10 | 28.50 |
| | JCa B050 | Correspondence with opposing counsel S. Pierce regarding Bibby collection issues (.1). | 0.10 | 28.50 |
| | SC-B 20 | Attention to lift stay litigation by SL Financial (.2). | 0.20 | 85.00 |

---

**REDACTED**

TS Printing Company, Inc.  Page 2

| Date | Tmkpr/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 11/3/2008 | LK B80 | Prepared subpoena for Munoz Printing Co., Inc.'s accounts and Guaranty Bank for review by J. Carruth (.6). | 0.60 | 69.00 |
| | JCa B070 | Telephone conference with T. Slagle regarding (.3). | 0.30 | 85.50 |
| 11/4/2008 | JCa B050 | Subsequent correspondence with and email to L. Barry regarding (.2). | 0.20 | 57.00 |
| | JCa B050 | Telephone conference with opposing counsel S. Rose regarding carton proceeds issues (.2). | 0.20 | 57.00 |
| | JCa B070 | Telephone conference with potential investor regarding potential interest in Munoz building (.2). | 0.20 | 57.00 |
| | JCa B060 | Attention to current payment of amounts due to Keyland under agreed order (.4). | 0.40 | 114.00 |
| | SC-B 20 | Attention to demand for post petition rents due to Keyland Investments (.4). | 0.40 | 170.00 |
| | JCa B060 | Received and reviewed C. Munoz notice of deposition regarding motion to compel rent payments (.2); attention to status of Munoz discovery response and correspondence with opposing counsel R. Poirot regarding same (.2). | 0.40 | 114.00 |
| | JCa B070 | Telephone conference with K. Burris regarding collateral litigation affecting Debtor's estate (.3). | 0.30 | 85.50 |
| | JCa B050 | Telephone conference with L. Barry and correspondence with customers regarding payment issues (.3). | 0.30 | 85.50 |
| | JCa B060 | Prepared declaration of L. Barry regarding SL Financial motion for relief from automatic stay (.3). | 0.30 | 85.50 |
| | JCa B070 | Telephone conference with T. Slagle regarding operational issues (.3). | 0.30 | 85.50 |
| | CT B60 | Prepared declaration of L. Barry for J. Carruth regarding SL Financial Motion for relief from stay (1.5). | 1.50 | 172.50 |

---

**REDACTED**

TS Printing Company, Inc.  Page 3

| Date | Tmkpr/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 11/4/2008 | JCa B050 | Correspondence with L. Barry regarding (.4). | 0.40 | 114.00 |
| | JCa B050 | Telephone conference with opposing counsel S. Pierce regarding Bibby collection issues (.4). | 0.40 | 114.00 |
| 11/5/2008 | JCa B050 | Correspondence with opposing counsel S. Rose regarding People's Capital and Leasing Corp., carton proceeds, and plan issues (.3). | 0.30 | 85.50 |
| | JCa B050 | Received and reviewed correspondence from L. Barry regarding (.1). | 0.10 | 28.50 |
| | JCa B070 | Telephone conference with L. Barry regarding (.1). | 0.10 | 28.50 |
| | JCa B060 | Telephone conference with L. Barry and attention to resolution of partial surrender of collateral and resolution of US Bancorp motion for relief from the automatic stay (.4). | 0.40 | 114.00 |
| | JCa B060 | Telephone conference with L. Barry and opposing counsel C. Mitchell regarding resolution of SL Financial motion for relief from stay (.4). | 0.40 | 114.00 |
| | JCa B070 | Prepared correspondence to R. Dawson regarding departure and cease and desist issues (.3). | 0.30 | 85.50 |
| | JCa B060 | Correspondence with opposing counsel R. Poirot regarding C. Munoz discovery (.3). | 0.30 | 85.50 |
| | JCa B050 | Correspondence with opposing counsel S. Pierce regarding potential debtor in possession financing from Bibby (.2). | 0.20 | 57.00 |
| | JCa B050 | Telephone conference with L. Barry regarding (.1). | 0.10 | 28.50 |
| | JCa B070 | Received and reviewed correspondence from K. Burris regarding collateral litigation issues (.1). | 0.10 | 28.50 |
| | JCa B070 | Telephone conference with opposing counsel J. Linares regarding collateral litigation issues affecting estate (.1). | 0.10 | 28.50 |

---

**REDACTED**

TS Printing Company, Inc.  Page 4

| Date | Tmkpr/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 11/5/2008 | JCa B060 | Attention to status of payments to landlord Keyland (.1). | 0.10 | 28.50 |
| 11/6/2008 | JCa B050 | Telephone conference with L. Barry regarding (.3). | 0.30 | 85.50 |
| | JCa B060 | Correspondence with and telephone conference with opposing counsel J. Mack regarding Heidelberg lift stay resolution (.3). | 0.30 | 85.50 |
| | JCa B080 | Telephone conference with J. Linares regarding collateral litigation matters affecting estate (.2). | 0.20 | 57.00 |
| | JCa B070 | Telephone conference with T. Slagle (.2). | 0.20 | 57.00 |
| | JCa B050 | Correspondence with opposing counsel S. Rose (.2). | 0.20 | 57.00 |
| | JCa B050 | Correspondence with S. Pierce regarding Bibby collection issues (.2). | 0.20 | 57.00 |
| | JCa B020 | Correspondence with opposing counsel R. Kraemer regarding MAC Funding alleged equipment repossession issues (.2). | 0.20 | 57.00 |
| 11/7/2008 | JCa B060 | Multiple telephone conferences with L. Barry regarding (.5); correspondence with Debtor's counsel R. Poirot regarding pending discovery (.3); further correspondence with R. Poirot throughout day regarding settlement (.4). | 1.20 | 342.00 |
| | JCa B020 | Telephone conference with L. Barry regarding (.4); subsequent correspondence with and telephone conference with opposing counsel K. Walsh, Texas A.G., regarding same (.3). | 0.70 | 199.50 |
| | JCa B100 | Correspondence with S. Rose and correspondence with L. Barry regarding plan projections (.3). | 0.30 | 85.50 |
| | JCa B060 | Correspondence with and telephone conference with opposing counsel D. Fuller regarding Keyland issues and The Curtis Law Firm fees (.3). | 0.30 | 85.50 |

REDACTED

TS Printing Company, Inc.  Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/2008 | SC-B B110 | Attention to agreement with Keyland on application of retainer (.3); attention to fee letters and outstanding fee amounts (.5) | 0.80 | 340.00 |
| | SC-B 70 | Discuss operations with T. Slagle (.2) | 0.20 | 85.00 |
| | JCa B070 | Telephone conference with L. Barry regarding (.2). | 0.20 | 57.00 |
| | JCa B060 | Correspondence with R. Poirot regarding resolution of C. Munoz administrative rent motion (.2). | 0.20 | 57.00 |
| | JCa B100 | Correspondence with E. Schubert and opposing counsel S. Rose regarding narrative to accompany projections (.2). | 0.20 | 57.00 |
| | JCa B060 | Telephone conference with D. Fuller regarding The Curtis Law Firm fee issue and case status (.2). | 0.20 | 57.00 |
| | JCa B050 | Further attention to potential debtor in possession financing (.2). | 0.20 | 57.00 |
| | JCa B060 | Received and reviewed proposed order from opposing counsel R. Poirot regarding resolution of C. Munoz administrative rent motion (.2). | 0.20 | 57.00 |
| 11/11/2008 | JCa B050 | Meeting with R. Stacy of Legacy Advisors regarding potential debtor in possession financing (.5). | 0.50 | 142.50 |
| | JCa B050 | Further telephone conference with L. Barry regarding (.7). | 0.70 | 199.50 |
| | JCa B060 | Received and reviewed C. Munoz agreed order on administrative rent and vacate motion (.3); correspondence with opposing counsel R. Poirot regarding same (.4). | 0.70 | 199.50 |
| | JCa B100 | Evaluated assets available in Munoz estate to support plan (.4). | 0.40 | 114.00 |
| | JCa B060 | Telephone conference with L. Barry regarding (.2). | 0.20 | 57.00 |

TS Printing Company, Inc.  Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/2008 | JCa B060 | Telephone conference with T. Slagle and L. Barry regarding (.2). | 0.20 | 57.00 |
| | JCa B050 | Correspondence with opposing counsel S. Pierce regarding Bibby issues (.2). | 0.20 | 57.00 |
| | JCa B100 | Prepared for all hands TS Printing and The Curtis Law Firm meeting regarding (.5); participated and conducted all hands meeting (2.0); conducted meeting with Legacy Advisors regarding potential financing (1.0). | 3.50 | 997.50 |
| | SC-B 70 | Meet with T. Slagle and other company representatives regarding (3.0); meet with Legacy Advisors regarding Debtor in Possession land (1.0). | 4.00 | 1,700.00 |
| 11/12/2008 | CT B60 | Prepared responses to Cipriano Munoz's first request for production and responses to interrogatories (1.3); prepared notice of deposition of Cipriano Munoz on November 22 (.7). | 2.00 | 230.00 |
| | CT B110 | Prepared service list mailing of billing invoices and mailed (.7). | 0.70 | 80.50 |
| | LK B10 | Prepared discovery responses and requests for review by J. Carruth (.8). | 0.80 | 92.00 |
| | SC-B 50 | Discuss with J. Carruth (.4); attention to confidentiality and non-disclosure agreement and recorded UCC's sent to Legacy regarding financing alternatives (.6) | 1.00 | 425.00 |
| | JCa B100 | Participated in conference call with S. Curtis and S. Rose regarding various People's Capital and Leasing Corp. issues (.5) | 0.50 | 142.50 |
| | JCa B050 | Prepared confidentiality and non-disclosure agreement for transmission to Legacy Advisors (.3). | 0.30 | 85.50 |
| | SC-B 20 | Attention to efforts with opposing counsel D. Perry to collect outstanding Texas Instruments invoices (.5). | 0.50 | 212.50 |
| | JCa B080 | Telephone conference with Guaranty Bank official in Austin and follow up regarding receipt of Munoz Printing bank records (.2). | 0.20 | 57.00 |

REDACTED

TS Printing Company, Inc.  Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/12/2008 | JCa B060 | Began preparation of Munoz document production list (.4); began work on document production to C. Munoz (.5). | 0.90 | 256.50 |
| | JCa B080 | Attention to Texas Instruments collection issues, and prepared correspondence with opposing counsel D. Perry regarding same (.5). | 0.50 | 142.50 |
| | JCa B060 | Correspondence with L. Barry regarding (.2). | 0.20 | 57.00 |
| | JCa B060 | Correspondence with opposing counsel H. Jobe regarding Guaranty Bank adequate protection requirements (.2). | 0.20 | 57.00 |
| | JCa B050 | Telephone conference with T. Slagle regarding (.2). | 0.20 | 57.00 |
| | JCa B060 | Correspondence with opposing counsel R. Poirot regarding order to resolve Munoz administrative rent claim (.2). | 0.20 | 57.00 |
| | JCa B050 | Attention to arrangements with S. Rose regarding carton proceeds and going forward issues (.6). | 0.60 | 171.00 |
| | JCa B050 | Worked on due diligence regarding Legacy Advisors inquiry (.5). | 0.50 | 142.50 |
| 11/13/2008 | JCa B060 | Telephone conference with L. Barry and attention to resolution of US Bancorp motion for relief from automatic stay (.3). | 0.30 | 85.50 |
| | SC-B 60 | Correspondence with R. Poirot regarding Munoz leased facilities (.5). | 0.50 | 212.50 |
| | SC-B 50 | Discuss meeting with Peoples representatives and formal demand for same with S. Rose (.5); conferred with J. Carruth (.3). | 0.80 | 340.00 |
| | SC-B 80 | Evaluated claims against C. Munoz for, among other things, tortious interference and conversion (.5). | 0.50 | 212.50 |
| | JCa B060 | Worked on Debtor's responses to Munoz interrogatories regarding C. Munoz motion for administrative rent and vacation of premises (2.5). | 2.50 | 712.50 |

TS Printing Company, Inc.  Page 8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/13/2008 | JCa B060 | Worked on defenses and limitations to C. Munoz administrative rent claim (1.0); prepared extended responsive correspondence to opposing counsel R. Poirot, regarding C. Munoz administrative rent claims and C. Munoz tortious interference with Debtors' estates (1.4); worked on electronic discovery issues and evaluated potential sources of additional information and procedures for obtaining same (1.0); telephone conference with L. Barry regarding (.2); reviewed publicly accessible file transfer facility of Brodnax Printing regarding potential customers of Debtor (1.0). | 4.60 | 1,311.00 |
| | JCa B060 | Worked on resolution of US Bancorp motion for relief from automatic stay (.2). | 0.20 | 57.00 |
| 11/14/2008 | JCa B060 | Worked on and finalized Debtors' response to C. Munoz interrogatories (2.0); telephone conference with and correspondence with L. Barry regarding (.5); extensive correspondence with R. Poirot regarding administrative rent claim motion and discovery issues (.6); began preparation of notice of deposition duces tecum for C. Munoz (.4); evaluated applicable Texas authority regarding stolen customers lists by former management (.6); attention to home and other possible addresses of C. Munoz for service of process (.2). | 4.30 | 1,225.50 |
| | JCa B060 | Worked on and finalized Brodnax Printing and C. Munoz electronic evidence preservation letter (.5); further correspondence with R. Poirot regarding preservation of certain email accounts (.2); telephone conference with TS Printing internet service provider and attention to collection of C. Munoz related emails and worked on facility for transmission of .pst files (1.0); worked on transfer and attention to possibilities for expedited cloning of C. Munoz hard drive (.3); prepared initial document production list for C. Munoz in connection with administrative rent motion and other issues (1.5). | 3.50 | 997.50 |
| | SC-B 20 | Attention to TI invoices, communication with D. Perry and payment to MPC (.5). | 0.50 | 212.50 |
| | SC-B 80 | Attention to discovery responses to Munoz and related negotiations, allegations, claims, set-off rights of Debtor against administrative claim and related litigation matters (1.5). | 1.50 | 637.50 |
| | BP B10 | Delivered response to interrogatories to C. Munoz's counsel (.5). | 0.50 | 57.50 |
| | JCa B060 | Attention to resolution of US Bancorp motion for relief from stay and correspondence with Court regarding same (.2). | 0.20 | 57.00 |

REDACTED

TS Printing Company, Inc.  Page 9

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/2008 | BP B80 | Worked on response to Interrogatories filed by C. Munoz (.5). | 0.50 | 57.50 |
| | BP B80 | Obtained cases cited by opposing counsel R. Poirot in pleadings (.2). | 0.20 | 23.00 |
| | MC-B 80 | Brief discussion with J. Carruth regarding . . . (.4). | 0.40 | No Charge |
| | JCa B050 | Correspondence with and telephone conference with opposing counsel D. Perry regarding Texas Instruments payment issues (.5). | 0.50 | 142.50 |
| 11/15/2008 | JCa B060 | Analyzed C. Munoz email files (1.5); worked on document production list to C. Munoz (3.0); worked on notice of deposition of C. Munoz (.5); subsequent correspondence with opposing counsel R. Poirot regarding discovery and other pending issues with C. Munoz (.7). | 5.70 | 1,624.50 |
| | SC-B 80 | Continued monitoring of emails, settlements and discovery demands regarding Munoz claims and litigation (1.5). | 1.50 | 637.50 |
| 11/16/2008 | JCa B060 | Worked on defenses to C. Munoz administrative rent claim (.5). | 0.50 | 142.50 |
| | SC-B 80 | Continues monitoring of emails, settlements and discovery demands regarding Munoz claims and litigation (.5). | 0.50 | 212.50 |
| 11/17/2008 | JCa B060 | Prepared confidentiality agreement for transmission of documents to R. Poirot, regarding C. Munoz administrative rent claim (.5); prepared declaration of G. Thompson regarding C. Munoz extracurricular communication with Texas Instruments, regarding C. Munoz administrative rent claim (.4); correspondence with opposing counsel R. Poirot regarding proposed agreed order to resolve C. Munoz administrative rent claim (.2); telephone conference with L. Barry regarding ' ∙ (.2). | 1.30 | 370.50 |
| | JCa B080 | Received and reviewed motion to convert or dismiss filed by C. Munoz (.5); commenced preparation of motion and/or complaint for temporary restraining order and preliminary injunction versus C. Munoz regarding interference with property of the estate (.5). | 1.00 | 285.00 |

REDACTED

TS Printing Company, Inc.  Page 10

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2008 | LK B10 | Update docket, retrieve and organize agreed orders and prepared docket analysis for review by J. Carruth (3.0); assisted with discovery to C. Munoz (1.0). | 4.00 | 460.00 |
| | JCa B060 | Attention to Heidelberg notice (.2); worked on agreed order summary for all adequate protection payments (.3). | 0.50 | 142.50 |
| | JCa B100 | Prepared letter to S. Rose regarding meeting with representatives of People's Capital and Leasing Corp. (.4); subsequent / separate correspondence with S. Rose regarding meeting and call with TS Printing representatives and attention to planning for same (.3). | 0.70 | 199.50 |
| | CE B080 | Began preparation of subpoenas for Munoz to attend November 25 hearing and deposition (.7). | 0.70 | 105.00 |
| | MC-B 80 | Discuss litigation issues with J. Carruth (.5); attention to motion to convert (.3). | 0.80 | No Charge |
| | JCa B060 | Worked on and finalized written response to C. Munoz document production (1.5); worked on obtaining documents for Munoz document production (1.5); extensive correspondence with opposing counsel R. Poirot regarding discovery issues and administrative rent claim (1.0); multiple telephone conference with L. Barry regarding I 1.0); telephone conference with T. Slagle regarding (.2); attention to e-discovery issues and methods to assemble C. Munoz emails and attachments from .pst files (.5); prepared supplemental response to C. Munoz administrative rent motion (1.0); attention to preparation of subpoenas for C. Munoz deposition (.4); telephone conference with Guaranty Bank regarding document production related to Munoz Printing (.3); correspondence with S. Rose regarding status of C. Munoz issues (.1). | 7.80 | 2,223.00 |
| | SC-B 70 | Follow up on TI payments and efforts to resolve invoice questions or discrepancies (.5). | 0.50 | 212.50 |
| | SC-B 50 | Conferred with J. Carruth on demand letter to Peoples (.5). | 0.50 | 212.50 |
| 11/18/2008 | JCa B060 | Received from opposing counsel R. Poirot and reviewed audio recording of deposition of L. Barry (.5). | 0.50 | 142.50 |

REDACTED

TS Printing Company, Inc.  Page 11

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/2008 | JCa B060 | Meeting with opposing counsel R. Poirot regarding options for settlement of C. Munoz motion practice (.5). | 0.50 | 142.50 |
| | JCa B060 | Subsequent meeting with TS Printing/Munoz Printing management at The Curtis Law Firm regarding C. Munoz motion practice and related issues (.5). | 0.50 | 142.50 |
| | JCa B060 | Worked on subpoenas for C. Munoz (.5). | 0.50 | 142.50 |
| | CE B080 | Finalized and printed C. Munoz Deposition and November 25 hearing subpoenas (.1); prepared C. Munoz email images for exhibits for J. Carruth (.2). | 0.30 | 45.00 |
| | JCa B100 | Prepared correspondence with opposing counsel S. Rose regarding agenda for November 19 call with Peoples (.5); worked on information for November 19 call (.3). | 0.80 | 228.00 |
| | LK B60 | Prepared adversary cover sheet and complaint against C. Munoz for review by J. Carruth (1.0). | 1.00 | 115.00 |
| | JCa B060 | Meeting with L. Barry, E. Schubert, and T. Slagle regarding (1.0). | 1.00 | 285.00 |
| | JCa B060 | Attended and defended deposition of L. Barry by counsel for C. Munoz (1.5). | 1.50 | 427.50 |
| | JCa B060 | Prepared for deposition of L. Barry by opposing counsel R. Poirot (.5). | 0.50 | 142.50 |
| | JCa B060 | Worked on document production for C. Munoz (.5). | 0.50 | 142.50 |
| | SC-B 110 | Attention to professional fees incurred and related administrative case issues (.5). | 0.50 | 212.50 |
| | JCa B060 | Telephone conference with R. Poirot regarding confidentiality agreement and document production (.2). | 0.20 | 57.00 |

REDACTED

TS Printing Company, Inc.  Page 12

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/2008 | JCa B070 | Telephone conference with J. Linares regarding collateral litigation matter (.2). | 0.20 | 57.00 |
| | JCa B020 | Telephone conference with G. Walreaven regarding McBride Electric claim versus TS Printing and status of case (.4). | 0.40 | 114.00 |
| | JCa B060 | Correspondence with opposing counsel R. Poirot regarding discovery issues (.2). | 0.20 | 57.00 |
| | JCa B030 | Reviewed and worked on finalization of monthly operating reports (.4). | 0.40 | 114.00 |
| | JCa B060 | Telephone conference with L. Barry regarding ∙ (.2). | 0.20 | 57.00 |
| | JCa B080 | Began preparation of adversary proceeding complaint and/or motion for contempt for violation of stay and for injunctive relief versus C. Munoz (.4). | 0.40 | 114.00 |
| 11/19/2008 | SC-B 70 | Teleconference with D. Perry regarding collection of TI invoice (.3). | 0.30 | 127.50 |
| | JCa B030 | Prepared September 2008 monthly operating reports for filing (.4). | 0.40 | 114.00 |
| | JCa B100 | Further work on materials for call with People's Capital and Leasing Corp. (.5); prepared correspondence with opposing counsel S. Rose and J. Hamilton regarding materials for People's Capital and Leasing Corp. call (.3); meeting with Debtors' management prior to telephone call with People's Capital and Leasing Corp. counsel (.5); conducted conference call with People's Capital and Leasing Corp. counsel, TS Printing management, and S. Curtis regarding allocation of carton proceeds and going forward issues (1.5). | 2.80 | 798.00 |
| | SC-B 50 | Prepare for and attend meeting with TSP representatives and Peoples Capital attorney J. Hamilton and representative to discuss go-forward projections, use of carton proceeds, and plan payments (2.0). | 2.00 | 850.00 |
| | JCa B050 | Prepared introductory memorandum regarding company background for use in obtaining investor or lender interest in potential transaction (.6). | 0.60 | 171.00 |

# Page 13

REDACTED

TS Printing Company, Inc.

| Date | Atty/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/2008 | JCa B060 | Prepared for deposition of C. Munoz and worked on preparations for hearing on C. Munoz administrative rent claim (.6). | 0.60 | 171.00 |
| | CE B070 | Filed TS Printing and Munoz monthly operating reports for September 2008 (.5). | 0.30 | 45.00 |
| | JCa B050 | Correspondence with opposing counsel D. Perry requesting call with Texas Instruments personnel regarding unpaid invoices, and communication with L. Barry regarding same (.5). | 0.50 | 142.50 |
| 11/20/2008 | JCa B060 | Extensive telephone conference with and correspondence throughout day with opposing counsel R. Poirot regarding resolution of C. Munoz motion for administrative rent and other related motion practice (2.0); attention to status of deposition of C. Munoz (.2); attention to document production for C. Munoz (.2); received and reviewed motion to enforce settlement agreement regarding administrative rent claim filed by C. Munoz (.3); correspondence with opposing counsel J. Hamilton (People's Capital and Leasing Corp.) regarding status of C. Munoz deposition (.1). | 2.80 | 798.00 |
| | JCa B070 | Telephone conference with K. Burris regarding collateral litigation matter affecting administration of estates (.2); telephone conference with J. Hodkiss regarding collateral litigation matter affecting administration of estates (.2); telephone conference with T. Slagle regarding collateral litigation matter affecting administration of estates (.2). | 0.60 | 171.00 |
| | JCa B060 | Attention to US Bancorp lift stay resolution (.1). | 0.10 | 28.50 |
| | SC-B 20 | Teleconference with R. Poirot regarding settlement of claims with C. Munoz (.4); receipt and review email regarding proposals (.6); ...r with J. Carruth (.5); follow ups with R. Poirot (.5). | 2.00 | 850.00 |
| | JCa B060 | Received and reviewed motion to convert or dismiss filed by C. Munoz (.5). | 0.50 | 142.50 |
| | JCa B070 | Telephone conference with L. Barry regarding departure of H. Dean from company and prepare correspondence with H. Dean regarding cease and desist from interference with bankruptcy estate (.5). | 0.50 | 142.50 |

# Page 14

REDACTED

TS Printing Company, Inc.

| Date | Atty/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/2008 | JCa B010 | Telephone conference with N. Resnick regarding C. Munoz motion to dismiss and/or convert (.2). | 0.20 | 57.00 |
| | JCa B060 | Multiple telephone conference with L. Barry regarding pending litigation and operational issues (.4). | 0.40 | 114.00 |
| 11/21/2008 | SC | Attention to settlement with Munoz counsel and various emails from R. Poirot regarding same (1.0). | 1.00 | 425.00 |
| | JCa B060 | Attention to receipt and expedited distribution of adequate protection payments to US Bancorp, Guaranty Bank, and Heidelberg, and correspondence with various opposing counsel regarding same (.4); telephone conference with opposing counsel S. Mitchell regarding SL Financial adequate protection issues (.1). | 0.50 | 142.50 |
| | JCa B060 | Correspondence with and telephone conference with opposing counsel R. Poirot regarding resolution of C. Munoz administrative rent claim (.8); received and reviewed order regarding same (.4). | 1.20 | 342.00 |
| | JCa B070 | Correspondence with and telephone conference with K. Burris regarding collateral litigation matter (.1). | 0.10 | 28.50 |
| | JCa B050 | Received and reviewed correspondence from opposing counsel S. Pierce regarding new invoice issue from Bibby (.1). | 0.10 | 28.50 |
| | JCa B060 | Worked on agreed order for US Bancorp lift stay resolution and prepared correspondence to opposing counsel M. Stromberg regarding same (.5). | 0.50 | 142.50 |
| | JCa B060 | Correspondence with opposing counsel D. Perry and R. Kramer regarding alleged equipment missing from Mitsubishi four-color press repossessed by MAC Funding (.4); correspondence with client representatives regarding same (.1). | 0.50 | 142.50 |
| | JCa B100 | Fulfilled information requests from People's Capital and Leasing Corp. subsequent to November 19 call, and correspondence with opposing counsel S. Rose regarding related issues (.4). | 0.40 | 114.00 |
| 11/22/2008 | JCa B070 | Telephone conference with T. Slagle regarding ▍ (.1 and .4 at no charge). | 0.10 | 28.50 |

# Page 15

REDACTED

TS Printing Company, Inc.

| Date | Atty/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/2008 | JCa B060 | Correspondence with M. Hill of Texas Instruments regarding collection of invoices (.2). | 0.20 | 57.00 |
| 11/24/2008 | JCa B060 | Telephone conference with E. Schubert regarding ▍ (.3). | 0.30 | 85.50 |
| | JCa B060 | Attention to subsequent setting of various C. Munoz related motions to March 26, 2009 and received and reviewed order setting hearing regarding same (.1). | 0.10 | 28.50 |
| | JCa B060 | Multiple telephone conference with L. Barry regarding ▍ (.4); subsequent telephone conference with and correspondence with opposing counsel D. Fuller regarding catch up rent payment (.4). | 0.80 | 228.00 |
| | JCa B060 | Prepared letter to and correspondence with opposing counsel H. Jobe regarding Guaranty payment (.2). | 0.20 | 57.00 |
| | JCa B070 | Telephone conference with T. Slagle regarding ▍ (.3). | 0.30 | 85.50 |
| | JCa B100 | Telephone conference with opposing counsel S. Rose regarding People's Capital and Leasing Corp. status of review of information from November 19 call (.3). | 0.30 | 85.50 |
| | JCa B010 | Received and reviewed court correspondence regarding outstanding orders (.1). | 0.10 | 28.50 |
| | JCa B050 | Correspondence with R. Stacey regarding status of review of debtor-in-possession financing (.1). | 0.10 | 28.50 |
| | JCa B060 | Finalized Debtors' comments to C. Munoz order and correspondence with R. Poirot regarding same (.8); correspondence with and telephone conference with L. Barry regarding ▍ .3); correspondence with R. Poirot and Court regarding resolution of C. Munoz administrative claim issues (.3). | 1.40 | 399.00 |
| | JCa B070 | Telephone conference with (call to) K. Burris regarding collateral litigation matter (.1). | 0.10 | 28.50 |

# Page 16

REDACTED

TS Printing Company, Inc.

| Date | Atty/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/2008 | LK B50 | Prepared correspondence and sent adequate protection payments for review by J. Carruth (.7). | 0.70 | 80.50 |
| | JCa B060 | Received and reviewed MAC Funding motion for contempt and subsequent correspondence with Debtor's counsel regarding same (.5); telephone conference with L. Barry regarding same (.2). | 0.70 | 199.50 |
| | JCa B060 | Attention to letters for expedited distribution of adequate protection payments (.3). | 0.30 | 85.50 |
| | JCa B060 | Telephone conference with L. Barry regarding ▍ (.1). | 0.10 | 28.50 |
| | JCa B010 | Received and reviewed further court correspondence regarding pending orders (.1). | 0.10 | 28.50 |
| | JCa B060 | Correspondence with opposing counsel M. Stromberg regarding US Bancorp agreed order (.1). | 0.10 | 28.50 |
| 11/26/2008 | SC-B 50 | Follow up with R. Stacy regarding financing alternatives and related information exchanges (.2); email from S. Rose regarding financing matters (.4). | 0.60 | 255.00 |
| | JCa B050 | Attention to impression counts for R. Stacy at Legacy Advisors (.1). | 0.10 | 28.50 |
| | JCa B050 | Call to opposing counsel S. Pierce regarding Shoreline invoice and prepared correspondence with regarding same (.2). | 0.20 | 57.00 |
| | JCa B020 | Correspondence with opposing counsel S. Rose regarding status of People's Capital and Leasing Corp. carton proceeds deliberations and operational issues (.2). | 0.20 | 57.00 |
| | JCa B070 | Telephone conference with L. Barry regarding ▍ (.3). | 0.30 | 85.50 |
| | JCa B060 | Correspondence with M. Stromberg regarding US Bancorp agreed order (.2); correspondence with Court regarding status of order (.1); telephone conference with and correspondence with L. Barry regarding ▍ (.4). | 0.70 | 199.50 |

TS Printing Company, Inc.                 Page 17

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/28/2008 | JCa B050 | Correspondence with R. Stacy regarding potential financing sources (.1). | 0.10 | 28.50 |

| | | | |
|---|---|---|---|
| | For professional services rendered | 121.10 | $34,713.00 |
| | **EXPENSES:** | | |
| Incoming Faxes (.25 per page) | | | 1.50 |
| Incoming Faxes (.25 per page) | | | 0.50 |
| Duplication Charges | | | 146.25 |
| Postage | | | 37.17 |
| Miscellaneous expenses- Iomega IStorage | | | 19.99 |
| Incoming Faxes (.25 per page) | | | 0.50 |
| Postage | | | 3.00 |
| Duplication Charges | | | 157.50 |
| Duplication Charges | | | 31.75 |
| Express Mail - ID # 796131075885 | | | 30.09 |
| Express Mail - ID # 867033680946 | | | 19.72 |
| Postage | | | 16.50 |
| | *Total expenses* | | $484.47 |
| | *Total new charges* | | $35,177.47 |
| | *Previous Balance* | | $117,656.13 |
| 11/13/2008 | Payment from trust | | ($15,000.00) |
| | *Total payments and adjustments* | | ($15,000.00) |
| | **Balance Due** | | **$137,833.60** |

---

TS Printing Company, Inc.                 Page 18

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brett Parker B010 Case Administration | 0.50 | 115.00 | $57.50 |
| Brett Parker B080 Litigation Matters | 0.70 | 115.00 | $80.50 |
| Caleb Trotter B110 - Retention and Fee Application | 0.70 | 115.00 | $80.50 |
| Caleb Trotter B60 - Leases, Executory Contracts, and Utiliti | 3.50 | 115.00 | $402.50 |
| Christopher Elsberry B070 Corporate/Business Operations | 0.30 | 150.00 | $45.00 |
| Christopher Elsberry B080 Litigation Matters | 1.00 | 150.00 | $150.00 |
| Jeff Carruth B010 - Case Administration | 0.40 | 285.00 | $114.00 |
| Jeff Carruth B020 - Claims Analysis/Litigation | 1.50 | 285.00 | $427.50 |
| Jeff Carruth B030 - Schedules/SOFA/Top 20 | 0.80 | 285.00 | $228.00 |
| Jeff Carruth B050 - Financing/Cash Collateral | 9.00 | 285.00 | $2,565.00 |
| Jeff Carruth B060 -Leases, Executory Contracts, and Utilitie | 56.70 | 285.00 | $16,159.50 |
| Jeff Carruth B070 - Corporate/Business Operations | 4.30 | 285.00 | $1,225.50 |
| Jeff Carruth B080 - Litigation Matters | 3.20 | 285.00 | $912.00 |
| Jeff Carruth B100 - Plan and Disclosure Statement | 9.90 | 285.00 | $2,821.50 |
| Lloyd Kraus B10 - Case Administration | 4.80 | 115.00 | $552.00 |
| Lloyd Kraus B50 - Financing, Cash Collateral, Operating Repo | 0.70 | 115.00 | $80.50 |
| Lloyd Kraus B80 - Litigation Matters | 1.60 | 115.00 | $184.00 |
| Stephanie Curtis - B110 - Retention and Fee Application | 1.30 | 425.00 | $552.50 |
| Stephanie Curtis - B20 - Claims Analysis/Litigation | 3.60 | 425.00 | $1,530.00 |
| Stephanie Curtis - B50 - Financing/Cash Collateral | 4.90 | 425.00 | $2,082.50 |
| Stephanie Curtis - B60 - Leases, Executory Contracts, and Ut | 0.50 | 425.00 | $212.50 |
| Stephanie Curtis - B70 - Corporate/Business Operations | 5.00 | 425.00 | $2,125.00 |
| Stephanie Curtis - B80 - Litigation Matters | 4.00 | 425.00 | $1,700.00 |
| Stephanie D. Curtis - Attorney | 1.00 | 425.00 | $425.00 |

*Invoice reflects only payments recieved on or before last day of the billed month.*

---

**The Curtis Law Firm PC**

Bank of America Plaza
901 Main Street, Suite 6515
Dallas, Texas 75202
Tax ID #: 76-0762764

**REDACTED**

TS Printing Company, Inc.
Attention: Terry Slagle, President
8000 Sovereign Row, Suite A
Dallas TX 75247

January 13, 2009

Re: In re TS Printing Company, Inc. and Case No. 08-32866-HDH-11, In re Munoz Printing Co., Inc., both pending in the United States Bankruptcy Court for the Northern District of Texas.
Matter #: 10040
Invoice #: 17992
**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/1/2008 | JCa B050 | Telephone conference with and received and reviewed correspondence from opposing counsel D. Perry regarding potential Bibby lien issues versus Debtors and Texas Instruments payments, including documents sent from Bibby to Texas Instruments (.5). | 0.50 | 142.50 |
| | JCa B050 | Correspondence with _____ regarding debtor in possession financing (.2); telephone conference with L. Barry regarding status of People's Capital and Leasing Corp. response to proceeds allocation and going forward issues (.1); telephone conference (call to) and correspondence with S. Rose regarding same (.1); correspondence with M. Hill at Texas Instruments regarding payment of outstanding invoices (.2). | 0.60 | 171.00 |
| | JCa B060 | Telephone conferences throughout day with D. Wells at TXU and L. Barry regarding utility issues and TXU demands for payments and/or deposits (1.3). | 1.30 | 370.50 |
| | JCa B070 | Telephone conference with T. Slagle (.2). | 0.20 | 57.00 |

---

TS Printing Company, Inc.          **REDACTED**        Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/2/2008 | JCa B070 | Telephone conference with T. Slagle : _____ .2); telephone conference with L. Barry regarding _____ (.2). | 0.40 | 114.00 |
| | JCa B060 | Reviewed US Bancorp lift stay order (.2); correspondence with opposing counsel M. Stromberg regarding same (.2). | 0.40 | 114.00 |
| | JCa B060 | Multiple further telephone conferences throughout day with L. Barry and TXU representative D. Wells regarding demands for payments and/or deposits (1.5). | 1.50 | 427.50 |
| | JCa B100 | Correspondence and telephone conference with opposing counsel S. Rose regarding projections and valuation issues and telephone conference and correspondence with T. Slagle regarding same (.5). | 0.50 | 142.50 |
| | JCa B020 | Prepared recap and spreadsheet of outstanding administrative expense claims for professional fees (.3). | 0.30 | 85.50 |
| | JCa B040 | Telephone conference with former employee H. Dean regarding case status (.3). | 0.30 | 85.50 |
| | JCa B070 | Telephone conference with L. Barry regarding _____ (.2); received and reviewed correspondence from opposing counsel S. Pierce regarding resolution of Shoreline invoice and payment issue (.1); correspondence M. Hill at Texas Instruments regarding invoices (.1); telephone conference with opposing counsel D. Perry regarding Bibby demand letters sent to Texas Instruments (.2); subsequent telephone conference with L. Barry regarding same (.1). | 0.60 | 171.00 |
| | SC-B 60 | Attention to negotiations with People's Capital regarding use of carton equipment sales proceeds (.6). | 0.60 | 255.00 |
| | SC-B 70 | Attention to Texas Instrument invoices, amount and collectability, fee associated with AMEX method of payment (.4). | 0.40 | 170.00 |
| 12/3/2008 | LK B10 | Tracked shipment of adequate protection payment to Heidelberg and confirm delivery for review by J. Carruth (.2). | 0.20 | 23.00 |
| | JCa B060 | Multiple further telephone conferences throughout the day with D. Wells at TXU and L. Barry regarding electrical billing and payment issues (1.5). | 1.50 | 427.50 |

TS Printing Company, Inc.                                                          Page    3

                                                                              Hours    Amount

12/4/2008  SC-B   Attention to collection of Texas Instruments invoices (.4);    1.00    425.00
           70     abandonment of Munoz 6-color press to Peoples (.6).

           JCa    Telephone conference and correspondence with opposing counsel  0.60    171.00
           B050   S. Pierce regarding Bibby collection and invoicing issues (.4);
                  subsequent communications with L. Barry regarding same (.2).

           JCa    Received and reviewed notice of deposition from C. Munoz per   0.20     57.00
           B020   opposing counsel R. Poirot (.2).

           LK     Worked on request for production of documents to C. Munoz for  0.60     69.00
           B80    review by J. Carruth (.6).

           JCa    Multiple telephone conferences and correspondence with L. Barry 1.80   513.00
           B050   and opposing counsel S. Pierce throughout morning and early
                  afternoon regarding resolution of Shoreline payments and related
                  collection disputes, and prepared detailed spreadsheet and
                  additional correspondence to opposing counsel S. Pierce detailing
                  current issues (1.8).

           JCa    Correspondence with opposing counsel D. Perry (.2); prepared for 1.10   313.50
           B050   and participated in conference call with opposing counsel D. Perry,
                  Texas Instruments employee M. Hill, and L. Barry regarding
                  resolution of Munoz Printing outstanding collection issues (.8);
                  prepared memorandum to S. Curtis regarding results of conference
                  call (.1).

           JCa    Evaluated scenarios to adjust and comply with TXU payment      1.00    285.00
           B060   demands and extended discussions with L. Barry regarding same
                  (1.0).

           JCa    Worked on three-month schedule of adequate protection payment  2.50    712.50
           B060   amounts and due dates and correspondence with L. Barry regarding
                  same (.9); evaluated SL Financial collateral and analysis and
                  resolution of motion for relief from automatic stay, and multiple
                  telephone conference with L. Barry regarding same and
                  correspondence with opposing counsel C. Mitchell regarding same,
                  (.8); telephone conference with L. Barry regarding revised US
                  Bancorp concept for continued use of equipment and telephone
                  conference and correspondence with opposing counsel M.
                  Stromberg regarding same (.4); prepared revised agreed order
                  regarding revised US Bancorp concept and correspondence to
                  opposing counsel M. Stromberg regarding same (.4).

---

TS Printing Company, Inc.                          REDACTED                        Page    4

                                                                              Hours    Amount

12/4/2008  JCa    Telephone conference with T. Slagle regarding                   0.60    171.00
           B100                  (.3); correspondence and telephone conference
                  with opposing counsel S. Rose regarding same (.3).

12/5/2008  JCa    Began preparation of notice to abandon Munoz Printing six-color 0.50    142.50
           B020   press (.5).

           JCa    Attention to correspondence from M. Hill regarding Texas        0.30     85.50
           B050   Instruments invoice analysis (.1); telephone conference with L. Barry
                  regarding same (.2).

           JCa    Telephone conference with opposing counsel C. Mitchell regarding 0.40   114.00
           B060   agreement to terminate automatic stay regarding SL Financial (.2);
                  received and reviewed correspondence from opposing counsel M.
                  Stromberg regarding agreed order on revised US Bancorp lift stay
                  resolution (.2).

           JCa    Telephone conference with T. Slagle regarding               0.20 No Charge
           B070                  .2 at no charge).

           JCa    Telephone conference with J. Linares regarding status of Chapter 0.10    28.50
           B080   11 proceeding (.1).

12/8/2008  JCa    Worked on, finalized, and filed response to motion to convert filed 2.50 712.50
           B080   by C. Munoz (2.5).

           JCa    Telephone conference with N. Resnick regarding Motion to Convert 0.30    85.50
           B010   or Dismiss (.3).

           JCa    Reviewed prior correspondence with opposing counsel D. Fuller and 1.70  484.50
           B060   prior motion practice and prepared orders to address docket
                  deficiencies related to Keyland motions and to address further
                  extension of time to assume or reject Keyland lease (1.3); prepared
                  correspondence to opposing counsel D. Fuller regarding same (.1);
                  subsequent telephone conference with opposing counsel D. Fuller
                  regarding same (.2); received and reviewed court correspondence
                  regarding order to resolve MAC Funding order (.1).

           JCa    Attention to correspondence between L. Barry and M. Hill regarding 0.10   28.50
           B050   collection of Texas Instruments accounts receivable (.1).

---

TS Printing Company, Inc.               REDACTED                                   Page    5

                                                                              Hours    Amount

12/8/2008  JCa    Attended hearing regarding SL Financial motion for relief from  0.50    142.50
           B060   automatic stay (.5).

           JCa    Worked on draft notice of intent to abandon MPC 6-color press (.5); 0.60 171.00
           B050   prepared correspondence to opposing counsel S. Rose regarding
                  same (.1).

           JCa    Telephone conference and correspondence with T. Slagle regarding 0.50   142.50
           B070                  (.5).

12/9/2008  JCa    Received and reviewed Motion to Convert filed by U.S. Trustee (.2). 0.20  57.00
           B010

           JCa    Telephone conference with B. Ogden at American Factors         0.60    171.00
           B050   regarding potential debtor in possession financing, telephone
                  conference with L. Barry regarding same (.6).

           JCa    Telephone conference J. Linares regarding collateral litigation 0.20     57.00
           B070   matter (.2).

           JCa    Telephone conference with L. Barry regarding                    0.70    199.50
           B070                  (.4); attention to subsequent correspondence regarding
                  same (.1); telephone conference with J. Linares regarding status of
                  Chapter 11 case (.2).

           JCa    Worked on purchase order financing inquiry with American Factors 0.30    85.50
           B050   (.3).

           JCa    Prepared and filed renewed notice of deposition for C. Munoz   1.20    342.00
           B080   regarding Motion to Convert (.5); prepared, and attention to hand
                  delivery of, renewed request for production regarding C. Munoz
                  Motion to Convert (.5); prepared correspondence to opposing
                  counsel R. Poirot regarding same (.1); prepared correspondence to
                  L. Barry regarding scheduling of deposition to be conducted by C.
                  Munoz per R. Poirot regarding Motion to Convert (.1).

12/10/2008 JCa    Received and reviewed correspondence from opposing counsel H. 0.30      85.50
           B060   Jobe regarding Guaranty Bank payment issue (.2); attention to
                  calendaring of default deadline (.1).

---

TS Printing Company, Inc.               REDACTED                                   Page    6

                                                                              Hours    Amount

12/10/2008 JCa    Telephone conferences with T. Slagle (.3).                      0.30     85.50
           B070

           JCa    Correspondence with L. Barry regarding                          0.20     57.00
           B050                  (.2).

           JCa    Correspondence and telephone conference with L. Barry and M. Hill 0.30   85.50
           B070   of Texas Instruments regarding invoicing and collection issues (.3).

           JCa    Telephone conference with Invoice Factoring Corporation (IFC)   1.30    370.50
           B050   regarding potential debtor in possession financing (.6); telephone
                  conference with L. Barry regarding same (.4); worked on due
                  diligence for various factoring inquiries (.3).

           JCa    Received and reviewed correspondence from opposing counsel H.  0.40    114.00
           B060   Jobe regarding Guaranty Bank payments due and correspondence
                  to L. Barry regarding same (.2); telephone conference with opposing
                  counsel M. Stromberg regarding US Bancorp agreed order (.2).

           JCa    Received and reviewed correspondence from opposing counsel C.  0.30     85.50
           B060   Mitchell regarding SL Financial agreed order, and revised order and
                  subsequent correspondence with C. Mitchell regarding same (.3).

           JCa    Correspondence to management regarding various issues to       1.30    370.50
           B070   address in light of U.S. Trustee Motion to Convert (.2); meeting with
                  L. Barry and E. Schubert regarding                  (.4); conferred
                  with S. Curtis regarding U.S. Trustee Motion to Convert (.4);
                  attention to correspondence from former employees to third parties
                  regarding internal TSP matters (.3).

12/11/2008 JCa    Telephone conference with L. Barry                (.3); telephone 1.90  541.50
           B050   conference with M. Stromberg regarding IFC (.3); telephone
                  conference with S. Jolly regarding IFC (.3); subsequent telephone
                  conference with L. Barry                 (.4); subsequent telephone
                  conference with M. Stromberg regarding IFC (.3); subsequent
                  telephone conference with L. Barry                 (.3).

           JCa    Telephone conference and correspondence with L. Barry and M. Hill 0.40  114.00
           B050   regarding Texas Instruments invoicing and payment issues (.4).

           JCa    Multiple telephone conference with L. Barry and telephone       0.80    228.00
           B070   conference with D. Wells regarding treatment of TXU administrative
                  claim (.8).

TS Printing Company, Inc.                                                                 Page   7

|            |            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours | Amount |
|------------|------------|---|---|---|
| 12/11/2008 | BP<br>B60  | Updated electronic docket (.5)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.50  | 57.50  |
|            | BP<br>B10  | Prepared envelopes and labels to serve Debtor in Possession Motion (.5).                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 0.50  | 57.50  |
|            | JCa<br>B060 | Correspondence and telephone conference with opposing counsel D. Fuller regarding pending Keyland orders (.4); revisions to Keyland orders (.3); reviewed docket and prepared correspondence to opposing counsel D. Perry regarding docket deficiencies on MAC Funding orders (.3); correspondence with opposing counsel C. Mitchell regarding revised SL Financial order on motion for relief from automatic stay and reviewed revised order (.3); attention to GMAC adequate protection payment (.1); worked on revised order for US Bancorp motion for relief from automatic stay regarding retention of more equipment and correspondence with L. Barry and opposing counsel M. Stromberg regarding same (.5); prepared correspondence to Clerk regarding erroneous entry of deficiency notice on MAC Funding motion for relief from automatic stay (.2). | 2.00  | 570.00 |
|            | JCa<br>B050 | Attention to correspondence regarding collection issue with Bibby on JCPenny invoices (.3).                                                                                                                                                                                                                                                                                                                                                                                                                                                      | 0.30  | 85.50  |
| 12/12/2008 | JCa<br>B060 | Correspondence with opposing counsel M. Stromberg and revised order on US Bancorp motion for relief from automatic stay (.5).                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.50  | 142.50 |
|            | JCa<br>B050 | Received and reviewed Bibby objection to cash collateral order (.4); evaluated prior pleadings regarding same (.3); telephone conference with opposing counsel S. Pierce regarding same (.4); correspondence with opposing counsel L. Spindler on cash collateral order (.1); correspondence with opposing counsel S. Rose regarding same (.1).                                                                                                                                                                                                  | 1.30  | 370.50 |
|            | JCa<br>B050 | Multiple telephone conferences with L. Barry, S. Jolly, and M. Stromberg regarding potential financing with IFC and due diligence issues (1.0); correspondence with E. Whatley at American Factors regarding status of potential financing (.2).                                                                                                                                                                                                                                                                                                 | 1.20  | 342.00 |
|            | JCa<br>B050 | Further attention to correspondence regarding collection issue with Bibby on JCPenny invoices (.1).                                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.10  | 28.50  |
|            | JCa<br>B060 | Further correspondence and telephone conference with D. Wells at TXU regarding payment of administrative claim and/or deposits and various communications with L. Barry and E. Schubert regarding                                                                                                                                                                                                                                                                                                                                               | 0.70  | 199.50 |

TS Printing Company, Inc.                                                                 Page   8

|            |             |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours | Amount |
|------------|-------------|---|---|---|
|            |             | same (.7).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |       |        |
| 12/12/2008 | JCa<br>B060 | Finalized and submitted to Court agreed orders regarding outstanding Keyland motions (.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                      | 0.40  | 114.00 |
| 12/15/2008 | JCa<br>B050 | Attention to Bibby and JC Penny invoice issue (.1); further attention to Bibby issues concerning negotiated checks (.3).                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.40  | 114.00 |
|            | JCa<br>B060 | Correspondence with opposing counsel C. Mitchell and attention to finalization of SL Financial lift stay order (.3).                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.30  | 85.50  |
|            | JCa<br>B060 | Attention to GMAC adequate protection payment (.2); attention to Heidelberg adequate protection payment and received and reviewed correspondence from opposing counsel J. Mack regarding same (.2); telephone conference and correspondence with opposing counsel M. Stromberg regarding US Bancorp adequate protection payment (.1).                                                                                                                                                                                                           | 0.50  | 142.50 |
|            | JCa<br>B050 | Meeting with TS Printing management and IFC representatives and counsel regarding potential factoring relationship (2.0).                                                                                                                                                                                                                                                                                                                                                                                                                       | 2.00  | 570.00 |
| 12/16/2008 | JCa<br>B050 | Telephone conference with L. Barry regarding _____ _____ (.4); telephone conference with prepetition tax counsel S. Goldberg _____ (.2); telephone conference with T. Slagle regarding _____ (.3); telephone conference and correspondence with M. Stromberg regarding due diligence and deal terms for IFC debtor in possession financing (.5); correspondence with M. Hill at Texas Instruments regarding status of payments (.1); attention to work in progress report for American Factors due diligence (.1). | 1.60  | 456.00 |
|            | JCa<br>B010 | Reviewed Comptroller response in support of U.S. Trustee Motion to Convert (.2).                                                                                                                                                                                                                                                                                                                                                                                                                                                                | 0.20  | 57.00  |
|            | JCa<br>B060 | Correspondence with opposing counsel R. Poirot regarding status of issues concerning C. Munoz building (.2); telephone conference and correspondence with D. Wells at TXU regarding pertinent events in case impacting upon utility payments and/or deposits (.5).                                                                                                                                                                                                                                                                              | 0.70  | 199.50 |
| 12/17/2008 | JCa<br>B060 | Correspondence with opposing counsel R. Poirot regarding C. Munoz administrative rent matter (.2); received and reviewed notice of termination of automatic stay filed by C. Munoz per R. Poirot (.2).                                                                                                                                                                                                                                                                                                                                          | 0.40  | 114.00 |

**REDACTED**

TS Printing Company, Inc.                                                                 Page   9

|            |             |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours | Amount |
|------------|-------------|---|---|---|
| 12/17/2008 | JCa<br>B080 | Attention to commencement of preparation of adversary proceeding complaint versus People's Capital and Leasing Corp. regarding prepetition claims (.3).                                                                                                                                                                                                                                                                                                                                                                                         | 0.30  | 85.50  |
|            | JCa<br>B050 | Telephone conference with L. Barry and subsequent telephone conference with S. Jolly regarding conclusion of IFC inquiry and pass on debtor in possession financing (.6); correspondence with M. Stromberg regarding conclusions of IFC effort (.1); telephone conference with opposing counsel S. Rose regarding terms upon which People's Capital and Leasing Corp. would permit use of carton proceeds and continued deliberations by People's Capital and Leasing Corp. (.4); telephone conference with E. Whatley at American Factors regarding remaining due diligence and concepts of proposed factoring and/or possession financing (.4); subsequent correspondence with E. Whatley regarding due diligence for American Factors debtor in possession financing (.3); telephone conference with L. Barry _____ _____ (.2); received and reviewed terms letter from American Factors (.2); began preparation of motion to approve American Factors debtor in possession credit facility and request for expedited hearing same (1.0); conferred with T. Davis at Bankruptcy Court regarding available hearing dates (.2). | 4.40  | 1,254.00 |
|            | LK<br>B80   | Began preparation of adversary complaint _____ for review by J. Carruth (.9).                                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.90  | 103.50 |
|            | JCa<br>B050 | Correspondence with Bibby representatives and L. Barry regarding collection dispute (.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 0.40  | 114.00 |
| 12/18/2008 | BP<br>B80   | Revised emergency motion for debtor in possession financing (.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 0.40  | 46.00  |
|            | JCa<br>B060 | Attention to discovery of previously missing Pro 86 unit in storage container and correspondence with opposing counsel C. Mitchell regarding same (.3); received and reviewed order granting SL Financial motion for relief from automatic stay (.1); attention to further correspondence between L. Barry and D. Wells at TXU regarding utility payments and/or deposits, and telephone conference with D. Wells regarding same (.4); telephone conference with opposing counsel J. Mack regarding resolution of Heidelberg adequate protection payment issues (.3). | 1.10  | 313.50 |
|            | JCa<br>B050 | Received and reviewed American Factors proposal letter and communications with L. Barry regarding same (.5); telephone conference with E. Whatley at American Factors (.3); received and reviewed correspondence between L. Barry and E. Whatley (.3); worked on American Factors related motion practice (1.0); prepared correspondence to E. Whatley regarding proposal letter (.2);                                                                                                                                                         | 3.70  | 1,054.50 |

**REDACTED**

TS Printing Company, Inc.                                                                 Page  10

|            |             |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours | Amount |
|------------|-------------|---|---|---|
|            |             | telephone conference with S. Rose regarding cash use and financing issues (.3); correspondence with opposing counsel S. Rose, L. Spindler, and S. Pierce regarding consent to expedited hearing for American Factors motion practice (.3); subsequent telephone conference with opposing counsel S. Pierce regarding American Factors debtor in possession financing and Bibby lien positions and/or adequate protection request (.3); telephone conference with E. Whatley and telephone conference with L. Barry and E. Schubert regarding scope of American Factors proposal (.4); correspondence with Bibby personnel and counsel regarding TSP points of contact for continued direct information exchange (.1). |       |        |
| 12/18/2008 | JCa<br>B020 | Received and reviewed correspondence from L. Barry regarding _____ (.1); telephone conference and correspondence with opposing counsel K. Walsh regarding state sales tax refund (.3).                                                                                                                                                                                                                                                                                                                                                 | 0.40  | 114.00 |
| 12/19/2008 | SC-B<br>50  | Attention to factoring agreement with AFC (.4); motions for approval (.5); communication with Peoples (.1).                                                                                                                                                                                                                                                                                                                                                                                                                                     | 1.00  | 425.00 |
|            | MC-B<br>70  | Brief discussion with J. Carruth on operational issues and factoring potential (.2).                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.20  | 70.00  |
|            | SW<br>B80   | Worked on Motion to Approve Debtor in Possession and Notice of hearing (1.5).                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 1.50  | 172.50 |
|            | JCa<br>B050 | Worked on, finalized and filed American Factors motion practice (main pleading, motion to expedite, and proposed orders) (3.0); attention to expedited service of American Factors motion practice (.3); correspondence with Court regarding request for expedited hearing (.2); worked on mail service of American Factors motion practice (1.0 at no charge); received and reviewed order setting hearing on American Factors financing and attention to expedite service of same (.3); telephone conference with L. Barry and E. Schubert regarding _____ (.5); subsequent telephone conference with T. Slagle r_____ (.3); correspondence and telephone conferences with S. Rose regarding American Factors situation and need for use of carton equipment sale proceeds (.3); correspondence with M. Hill at Texas Instruments regarding status of processing payments to Debtors (.2); correspondence with L. Barry regarding _____ (.1). | 5.20  | 1,482.00 |
| 12/20/2008 | JCa<br>B070 | Telephone conference with T. Slagel regarding _____ (.3 and .3 at no charge).                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.30  | 85.50  |

REDACTED

TS Printing Company, Inc.  Page 11

| Date | Atty/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/2008 | JCa B050 | Prepared and filed notice of hearing regarding American Factors financing request, per order of the Court (.4); worked on mail service of same (.6 at no charge). | 0.40 | 114.00 |
| 12/21/2008 | JCa B060 | Correspondence with opposing counsel J. Mack regarding Heidelberg adequate protection payments (.1). | 0.10 | 28.50 |
| 12/22/2008 | JCa B050 | Multiple communications throughout morning with opposing counsel S. Rose and Debtors' management regarding use of proceeds of carton sale and stipulations and expectations regarding same (1.5). | 1.50 | 427.50 |
| | JCa B060 | Correspondence with opposing counsel M. Stromberg regarding US Bancorp adequate protection payment (.1); telephone conference with and correspondence with opposing counsel J. Mack regarding Heidelberg adequate protection payment (.2). | 0.30 | 85.50 |
| | JCa B020 | Attention to communications with IRS revenue officer Gloria Hawkins regarding postpetition payroll tax liability (.3). | 0.30 | 85.50 |
| | JCa B010 | Correspondence with L. Barry on _____ (.1); formatted and filed October, 2008 and November, 2008 operating reports for debtors (1.0); attention to manual signature sheets for same (.2). | 1.30 | 370.50 |
| | SC-B 50 | Review of issues on factory needs (.2); allocations and release of Carton proceeds (.4); replacement lien inquiries by Peoples (.4). | 1.00 | 425.00 |
| 12/23/2008 | JCa B010 | Attention to circulation of October, 2008 fee statement of The Curtis Law Firm in accordance with interim compensation requirements (.1). | 0.10 | 28.50 |
| | JCa B060 | Correspondence with opposing counsel J. Mack regarding Heidelberg adequate protection payment and ultimate plan treatment (.2); correspondence with M. Stromberg regarding US Bancorp adequate protection payment (.1); attention to status of TXU issues and telephone conference with L. Barry and E. Schubert regarding same (.2). | 0.50 | 142.50 |
| | SC-B 50 | Conference with J. Carruth regarding negotiations with Peoples on release of funds and other sources and uses of cash, financing alternatives and related (1.0); review and approve emails on proceeds allocations (1.0). | 2.00 | 850.00 |

REDACTED

TS Printing Company, Inc.  Page 12

| Date | Atty/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 12/23/2008 | SC-B 70 | Attention to and discussion concerning payment of admins, post petition operations and budget. | 1.00 | 425.00 |
| | JCa B050 | Substantial attention and extensive communication with L. Barry and E. Schubert _____ attention to reconciliation and confirmation of carton equipment sales proceeds remaining in trust account after previous distributions to first lien holders, reviewed carton equipment sale order regarding authorized uses of proceeds, and attention to wire authorizations to People's Capital and Leasing Corp. and TS Printing (3.0 and 1.0 at no charge). | 3.00 | 855.00 |
| | MC-B 70 | Calls with S. Curtis and J. Carruth on payments from sale to secured lender, and overall business prospects (.5 and 1.0 at no charge). | 0.50 | 175.00 |
| 12/24/2008 | LK B110 | Prepared correspondence and accompanying bill for mailing to creditors and attorneys for review by J. Carruth (.8). | 0.80 | 92.00 |
| | JCa B060 | Correspondence with opposing counsel J. Mack regarding Heidelberg issues (.1); attention to funding of various outstanding payments following infusion of working capital (.2). | 0.30 | 85.50 |
| 12/29/2008 | LK B100 | Worked on plan and disclosure statement for review by J. Carruth (3.7); prepared correspondence to Heidelberg and Bancorp to accompany adequate protection payments for review by J. Carruth, and mail payments out (.7). | 4.40 | 506.00 |
| | JCa B060 | Correspondence with opposing counsel J. Mack regarding Heidelberg issues (.2); | 0.20 | 57.00 |
| | JCa B080 | Attention to acquisition of C. Munoz computer and telephone conference with Digital Discovery regarding forensic electronic discovery of hard drive (.3). | 0.30 | 85.50 |
| | JCa B070 | Meeting with L. Barry and E. Schubert regarding _____ (1.0). | 1.00 | 285.00 |
| | JCa B100 | Worked on plan and disclosure statement (1.2). | 1.20 | 342.00 |
| 12/30/2008 | JCa B050 | Telephone conference with L. Barry and E. Schubert regarding _____ (.3); telephone conference with T. Slagle regarding _____ (.3); | 1.40 | 399.00 |

REDACTED

TS Printing Company, Inc.  Page 13

| Date | Atty/Task | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence with E. Whatley at American Factors regarding status of factoring applications (.2); conferred with S. Curtis regarding status of potential factoring (.1); subsequent telephone conference with T. Slagle regarding _____ (.2); received and reviewed objection to American Factors motion filed by C. Munoz and related witness and exhibit list (.3). | | |
| 12/30/2008 | JCa B020 | Telephone conference with G. Hawkins of IRS regarding outstanding federal tax issues (.4); telephone conference with L. Barry regarding _____ (.4). | 0.80 | 228.00 |
| | JCa B080 | Meeting with Digital Discovery representatives regarding cloning of hard drive formerly used by C. Munoz (.4). | 0.40 | 114.00 |
| | JCa B070 | Received and reviewed correspondence from former employee H. Dean and correspondence with L. Barry regarding same (.2). | 0.20 | 57.00 |
| | JCa B110 | Reviewed and redacted privileged matter from November 2009 fee statement of The Curtis Law Firm in anticipation of circulation in accordance with interim compensation procedures (.3). | 0.30 | 85.50 |
| | SC-B 50 | Attention to factory arrangements with American Factors. | 0.50 | 212.50 |
| 12/31/2008 | JCa B070 | Meeting at TS Printing regarding _____ (1.5). | 1.50 | 427.50 |
| | JCa B050 | Correspondence E. Whatley at American Factors regarding status of motion practice (.2); prepared motion to withdrew motion to approve American Factors debtor in possession financing (.5); communication with Court regarding withdrawal of American Factors motion (.1). | 0.80 | 228.00 |
| | JCa B060 | Correspondence opposing counsel H. Jobe regarding Guaranty Bank adequate protection payment (.1). | 0.10 | 28.50 |

For professional services rendered  96.70  $26,932.00

TS Printing Company, Inc.  Page 14

**EXPENSES:**

| | Amount |
|---|---|
| Incoming Faxes (.20 per page) | 0.40 |
| Incoming Faxes (.20 per page) | 0.40 |
| Incoming Faxes (.20 per page) | 1.40 |
| Incoming Faxes (.20 per page) | 0.20 |
| Incoming Faxes (.20 per page) | 0.40 |
| Postage | 38.35 |
| Duplication Charges | 40.00 |
| Duplication Charges | 65.00 |
| Duplication Charges | 70.00 |
| Postage | 33.00 |
| Duplication Charges | 95.20 |
| Research Expense | 49.60 |
| Total expenses | $393.95 |
| Total new charges | $27,325.95 |
| Previous Balance | $137,833.60 |
| 12/16/2008 Payment - Check No. 116490149 | ($1,493.20) |
| 12/23/2008 Payment - | ($50,000.00) |
| Total payments and adjustments | ($51,493.20) |
| Balance Due | $113,666.35 |

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brett Parker B010 Case Administration | 0.50 | 115.00 | $57.50 |
| Brett Parker B080 Litigation Matters | 0.90 | 115.00 | $103.50 |
| Jeff Carruth B010 - Case Administration | 2.10 | 285.00 | $598.50 |
| Jeff Carruth B020 - Claims Analysis/Litigation | 2.50 | 285.00 | $712.50 |
| Jeff Carruth B040 - Creditor Inquiries/Meetings | 0.30 | 285.00 | $85.50 |
| Jeff Carruth B050 - Financing/Cash Collateral | 38.00 | 285.00 | $10,830.00 |
| Jeff Carruth B060 -Leases, Executory Contracts, and Utilitie | 19.90 | 285.00 | $5,671.50 |



The Curtis Law Firm PC

Bank of America Plaza
901 Main Street, Suite 6515
Dallas, Texas 75202
Tax ID #: 76-0762764

TS Printing Company, Inc.
Attention: Terry Slagle, President
8000 Sovereign Row, Suite A
Dallas TX 75247

February 26, 2009

Re: In re TS Printing Company, Inc. and Case No. 08-32866-HDH-11, In re Munoz Printing Co., Inc., both pending in the United States Bankruptcy Court for the Northern District of Texas.
Matter #: 10040
Invoice #: 18224

**PROFESSIONAL SERVICES:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/2009 | JCa B010 | December 30, 2008: Prepared response to U.S. Trustee Motion to Convert (2.3); reviewed responses filed by Dallas County and Comptroller regarding U.S. Trustee Motion to Convert and added content to Debtors' response accordingly (.5); attention to expedited service of same (.1). | 2.90 | 826.50 |
| | LK B20 | Draft correspondence to accompany 941 forms for third and fourth quarters, and hand deliver the same to the Internal Revenue Service for review by J. Carruth (1.1). | 1.10 | 126.50 |
| | JCa B070 | Attention to submission of Form 941 tax reports (.1). | 0.10 | 28.50 |
| 1/5/2009 | SC-B 60 | Follow up on payment of Munoz Texas Instruments invoices (.2); attention to operational issues (.2). | 0.40 | 170.00 |
| | SC-B 60 | Attention to negotiations with C. Munoz landlord and agreed order (1.0); conduct research on market rental rates (1.0). | 2.00 | 850.00 |

---

TS Printing Company, Inc. — Page 15

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeff Carruth B070 - Corporate/Business Operations | 8.30 | 285.00 | $2,365.50 |
| Jeff Carruth B080 - Litigation Matters | 4.80 | 285.00 | $1,368.00 |
| Jeff Carruth B100 - Plan and Disclosure Statement | 2.30 | 285.00 | $655.50 |
| Jeff Carruth B110 - Retention and Fee Application | 0.30 | 285.00 | $85.50 |
| Lloyd Kraus B10 - Case Administration | 0.20 | 115.00 | $23.00 |
| Lloyd Kraus B100 - Plan and Disclosure Statement | 4.40 | 115.00 | $506.00 |
| Lloyd Kraus B110 - Retention and Fees | 0.80 | 115.00 | $92.00 |
| Lloyd Kraus B80 - Litigation Matters | 1.50 | 115.00 | $172.50 |
| Mark Castillo - B070 - Corporate/Business Operations | 0.70 | 350.00 | $245.00 |
| Sallye Wilton B80 - Litigation Matters | 1.50 | 115.00 | $172.50 |
| Stephanie Curtis - B50 - Financing/Cash Collateral | 5.10 | 425.00 | $2,167.50 |
| Stephanie Curtis - B70 - Corporate/Business Operations | 2.40 | 425.00 | $1,020.00 |

*Invoice reflects only payments recieved on or before last day of the billed month.*

---

TS Printing Company, Inc. — REDACTED — Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/2009 | JCa B050 | Attended hearing on proposed and withdrawn motion to obtain financing regarding American Factors Corp (.5). | 0.50 | 142.50 |
| | JCa B020 | Conferred with TS Printing management and opposing counsel K. Walsh at Dallas Bankruptcy Court regarding Comptroller administrative claims (.3); subsequent conference with TS Printing management (.2); telephone conference with L. Barry regarding _____ (.2); prepared correspondence to opposing counsel K. Walsh regarding same (.1). | 0.80 | 228.00 |
| | JCa B020 | Communications with IRS officers at Dallas Insolvency Unit regarding post-petition payroll tax issues and procedures to resolve same (.2). | 0.20 | 57.00 |
| | JCa B080 | Conferred with TS Printing management and opposing counsel R. Poirot at Dallas Bankruptcy Court regarding resolution of Motion to Convert filed by C. Munoz (.4); subsequent conference with TS Printing management regarding same (.3); telephone conference with and prepared correspondence to opposing counsel S. Rose regarding resolution of Motion to Convert and requests by C. Munoz (.4); received and reviewed proposed agreed order from opposing counsel R. Poirot regarding Motion to Convert and subsequent rounds of correspondence with R. Poirot regarding same (.7); telephone conference with L. Barry regarding proposed agreed order regarding Motion to Convert (.3); telephone conference with E. Boyd regarding conclusion of work on cloning C. Munoz hard drive (.1); correspondence with opposing counsel H. Forest regarding deposition of TS Printing management scheduled by C. Munoz (.1). | 2.30 | 655.50 |
| | JCa B050 | Attention to correspondence from M. Hill at Texas Instruments regarding collection issues and subsequent correspondence with L. Barry regarding same (.1). | 0.10 | 28.50 |
| 1/6/2009 | JCa B020 | Received and reviewed correspondence from opposing counsel K. Walsh regarding Comptroller agreed order on setoff and related issues (.2). | 0.20 | 57.00 |
| | JCa B080 | Correspondence with opposing counsel R. Poirot regarding status of resolution of Motion to Convert (.1); telephone conference with L. Barry regarding same (.1); correspondence with opposing counsel H. Forest regarding same (.1). | 0.30 | 85.50 |
| | SC-B 50 | Attention to Motion for Adequate Protection of Bibby Financial (.4). | 0.40 | 170.00 |

---

TS Printing Company, Inc. — REDACTED — Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/2009 | JCa B050 | Received and reviewed Bibby motion for adequate protection (.3); telephone conference with opposing counsel S. Pierce regarding resolution of Comptroller, U.S. Trustee, and C. Munoz issues and scheduling of adequate protection hearing (.2). | 0.50 | 142.50 |
| | JCa B070 | Meeting with L. Barry and E. Schubert at The Curtis Law Firm regarding _____ (.3); attention to correspondence between L. Barry and E. Schubert and TXU regarding administrative claim payment schedule and change in electric provider (.1). | 0.40 | 114.00 |
| | JCa B010 | Meeting with U.S. Trustee attorney N. Resnick regarding agreed order to resolve Motion to Convert and case issues going forward (meeting due to power and communication outage at Federal Building) (.3); attention to correspondence with Court and N. Resnick regarding same (.1); telephone conference with L. Barry regarding _____ (.3). | 0.70 | 199.50 |
| | JCa B020 | Prepared deliver to IRS containing post-petition Form 941 reports and short meeting with IRS revenue officer G. Hawkins regarding same (meeting due to power and communication outage at Federal Building) (.3). | 0.30 | 85.50 |
| | JCa B080 | Meeting with opposing counsel R. Poirot to conclude agreed order regarding C. Munoz Motion to Convert (.3). | 0.30 | 85.50 |
| | JCa B080 | Revised C. Munoz order regarding Motion to Convert and prepared correspondence to opposing counsel R. Poirot regarding same (.3). | 0.30 | 85.50 |
| | JCa B080 | Telephone conference with Digital Discovery representative E. Boyd regarding clone of C. Munoz hard drive (.1). | 0.10 | 28.50 |
| | JCa B060 | Correspondence with opposing counsel C. Mitchell regarding SL Financial repossession of certain equipment (.2). | 0.20 | 57.00 |
| | JCa B020 | Correspondence with opposing counsel K. Walsh regarding resolution of state tax lien issues and collection of prepetition receivables (.1). | 0.10 | 28.50 |
| | JCa B050 | Telephone conference with opposing counsel S. Pierce regarding adequate protection issues for Bibby (.3). | 0.30 | 85.50 |

TS Printing Company, Inc.   **REDACTED**   Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/7/2009 | JCa B020 | Revised Comptroller and TWC agreed order and prepared correspondence to K. Walsh regarding same (.6); correspondence with opposing counsel S. Pierce regarding additions to Comptroller order to address collection disruptions from sales tax lien (.1). | 0.70 | 199.50 |
| | JCa B010 | Drafted agreed order regarding U.S. Trustee Motion to Convert (.4); prepared correspondence to L. Barry regarding same (.1); prepared correspondence to N. Resnick regarding same (.1). | 0.60 | 171.00 |
| | JCa B040 | Correspondence with J. Ursini regarding creditor inquiry (.1). | 0.10 | 28.50 |
| 1/8/2009 | CE B020 | Reviewed and evaluated applicable authority regarding ⎯⎯⎯ (1.8). | 1.80 | 270.00 |
| | JCa B010 | Correspondence with N. Resnick (.1). | 0.10 | 28.50 |
| | JCa B020 | Correspondence with opposing counsel K. Walsh regarding sales taxes (.3). | 0.30 | 85.50 |
| | JCa B050 | Reviewed prior orders and docket entries and prepared final cash collateral order to cure docket deficiency (.7); prepared correspondence to opposing counsel L. Spindler regarding same (.2); prepared separate correspondence to opposing counsel S. Rose regarding same (.2); prepared separate correspondence to opposing counsel S. Pierce regarding same (.2). | 1.30 | 370.50 |
| | JCa B020 | Evaluated state inter-agency / inter-governmental unit setoff rights (.4). | 0.40 | 114.00 |
| | JCa B020 | Received and reviewed K. Walsh witness and exhibit list (.2); correspondence H. Forest regarding same (.1); telephone conference with L. Barry regarding ⎯⎯⎯ (.2). | 0.50 | 142.50 |
| | JCa B070 | Telephone conference with T. Slagle regarding ⎯⎯⎯ (.3). | 0.30 | 85.50 |

---

TS Printing Company, Inc.   **REDACTED**   Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/8/2009 | JCa B070 | Telephone conference with T. Slagle regarding ⎯⎯⎯ (.3). | 0.30 | 85.50 |
| | JCa B060 | Received and reviewed default letter and subsequent correspondence and telephone conference with opposing counsel J. Mack regarding Heidelberg adequate protection payment and related issues (.5); received and reviewed notice of termination of automatic stay from C. Munoz per R. Poirot and prepared correspondence to L. Barry regarding same (.2). | 0.70 | 199.50 |
| | JCa B060 | Correspondence with J. Mack regarding Heidelberg adequate protection payment (.2); correspondence M. Stromberg regarding US Bancorp adequate protection payment (.1). | 0.30 | 85.50 |
| 1/9/2009 | JCa B010 | Telephone conference with and correspondence with N. Resnick and resolved agreed order on U.S. Trustee Motion to Convert (.3); telephone conference and correspondence with L. Barry regarding same (.1); finalized and submitted agreed order to court (.1). | 0.50 | 142.50 |
| | JCa B020 | Correspondence and telephone conference with opposing counsel K. Walsh regarding resolution of Comptroller issues in conjunction with U.S. Trustees Motion to Convert (.4); telephone conference and correspondence with L. Barry regarding same (.1). | 0.50 | 142.50 |
| | JCa B070 | Telephone conference with L. Barry regarding ⎯⎯⎯ (.4); telephone conference with L. Barry regarding ⎯⎯⎯ (.2); telephone conference and correspondence with ⎯⎯⎯ regarding due diligence for potential strategic transactions and issues going forward (.2). | 0.80 | 228.00 |
| | JCa B110 | Worked on December 2008 fee statement of The Curtis Law Firm regarding compliance with local attorney fee guidelines and interim compensation procedures (1.0). | 1.00 | 285.00 |
| | JCa B080 | Pick up hard disk drive and met with Digital Discovery technicians regarding recovered files and blank/erased hard drive, and reviewed recovered files from Munoz hard disk drive (1.5). | 1.50 | 427.50 |
| 1/12/2009 | SC-B 60 | Continued research on market rates or negotiations with Munoz landlord (.5). | 0.50 | 212.50 |

---

TS Printing Company, Inc.   **REDACTED**   Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/2009 | KSS B20 | Updated electronic claims register (.3). | 0.30 | 34.50 |
| | JCa B010 | Correspondence and telephone conference with Court regarding Jan. 13 docket (.1). | 0.10 | 28.50 |
| | JCa B070 | Correspondence ⎯⎯⎯ regarding potential strategic transactions (.2). | 0.20 | 57.00 |
| | JCa B070 | Telephone conference with L. Barry regarding ⎯⎯⎯ (.3). | 0.30 | 85.50 |
| | JCa B060 | Telephone conference with D. Fuller regarding TSP leased premises (.1). | 0.10 | 28.50 |
| | JCa B070 | Telephone conference with T. Slagle (.1); telephone conference with ⎯⎯⎯ (.1); telephone conference with ⎯⎯⎯ (.2); telephone conference with T. Slagle (.2); telephone conference with E. Schubert (.1); | 0.60 | 171.00 |
| | JCa B060 | Attention to lease payments and conferred with S. Curtis regarding same (.2). | 0.20 | 57.00 |
| | JCa B070 | Telephone conference with L. Barry (.3). | 0.30 | 85.50 |
| | JCa B020 | Received and reviewed opposing counsel K. Walsh to Court regarding order and January 13 hearing (.1); reviewed exhibit set prepared by K. Walsh for January 13 proceedings and prepared correspondence to L. Barry regarding same (.1). | 0.20 | 57.00 |
| 1/13/2009 | JCa B070 | Telephone conference with L. Barry regarding ⎯⎯⎯ (.1); telephone conference with T. Slagle regarding ⎯⎯⎯ (.1). | 0.20 | 57.00 |
| | JCa B060 | Prepared correspondence to opposing counsel R. Dafoe demanding return of equipment and other property from J. Sparrow (.2). | 0.20 | 57.00 |
| | JCa B110 | Telephone conference with N. Resnick regarding inquiry on firm compensation disclosure, alleged lien on T. Slagle personal property (.2); received and reviewed correspondence from N. Resnick regarding H. Dean inquiry and correspondence to TSP management | 0.20 | 57.00 |

---

TS Printing Company, Inc.   **REDACTED**   Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding same ( no charge). | | |
| 1/13/2009 | JCa B070 | Multiple telephone conference with L. Barry and T. Slagle regarding ⎯⎯⎯ (1.0); prepared correspondence to Lisa (no last name given) regarding Don Young collection matter (.1). | 1.10 | 313.50 |
| | JCa B060 | Prepared correspondence to H. Dean regarding response to commission requests and status of property removed from estate upon departure of H. Dean (.2). | 0.20 | 57.00 |
| | JCa B060 | Correspondence with opposing counsel J. Mack regarding Heidelberg adequate protection payment (.1). | 0.10 | 28.50 |
| | JCa B010 | Attention to calendaring of various payment and action item deadlines resulting from agreed orders on C. Munoz and U.S. Trustee respective motions to convert (.3). | 0.30 | 85.50 |
| | JCa B060 | Prepared payment schedule and ⎯⎯⎯ (.5). | 0.50 | 142.50 |
| | JCa B070 | Telephone conference with ⎯⎯⎯ (.1); correspondence regarding January 17 meeting (.1). | 0.20 | 57.00 |
| 1/14/2009 | JCa B070 | Attention to meeting on January 17 with ⎯⎯⎯ and telephone conference with L. Barry regarding same (.3). | 0.30 | 85.50 |
| 1/15/2009 | JCa B070 | Telephone conference T. Slagle regarding ⎯⎯⎯ inquiry (.3); telephone conference with ⎯⎯⎯ (.4). | 0.70 | 199.50 |
| | JCa B080 | Telephone conference with T. Slagle regarding ⎯⎯⎯ (.2). | 0.20 | 57.00 |
| 1/16/2009 | JCa B070 | Prepared Confidentiality and Non-Disclosure Agreement for ⎯⎯⎯ (.4); telephone conference with ⎯⎯⎯ regarding January 17 meeting with ⎯⎯⎯ group (.5); multiple conversations with TS Printing management regarding January 17 meeting with ⎯⎯⎯ (.5); worked on due diligence to ⎯⎯⎯ group and prepared correspondence to ⎯⎯⎯ regarding same (1.0). | 2.40 | 684.00 |

| Date | Atty/Code | Description | Hours | Amount |
|---|---|---|---|---|
| 1/16/2009 | JCa B060 | Received and reviewed letter from opposing counsel C. Mitchell regarding removal of equipment and telephone conference with L. Barry regarding same (.2). | 0.20 | 57.00 |
| 1/17/2009 | JCa B070 | All hands meeting with TS Printing management regarding ▮ (1.0 and 1.0 no charge); subsequent telephone conference with T. Slagle (.7 at no charge). | 1.00 | 285.00 |
| 1/19/2009 | JCa B070 | Telephone conference with T. Slagle regarding ▮ ▮ into strategic transaction (.1); telephone conference with ▮ regarding same (.1); review ▮ corporate records/filings (.2); attention to preparation of confidentiality and non-disclosure agreement for ▮ with special provisions related to ▮ (.5); telephone conference with ▮ (.2). | 1.10 | 313.50 |
|  | JCa B100 | Worked on claims analysis for plan and disclosure statement (1.0). | 1.00 | 285.00 |
| 1/20/2009 | CE B010 | Worked on preparation of December, 2008 monthly operating reports for filing (.3). | 0.30 | 45.00 |
|  | JCa B070 | Worked on due diligence for ▮ (.5); telephone conference with ▮ regarding his potential assistance in ▮ (.2). | 0.70 | 199.50 |
|  | JCa B010 | Worked on, finalized, and filed monthly operating reports for December, 2008 (.5). | 0.50 | 142.50 |
| 1/21/2009 | JCa B060 | Correspondence with opposing counsel R. Dafoe regarding property of the estate in possession of J. Sparrow (.1). | 0.10 | 28.50 |
|  | JCa B060 | Received and reviewed correspondence from D. Wells at TXU (.1). | 0.10 | 28.50 |
|  | JCa B070 | Worked on ▮ confidentiality and non-disclosure agreement (.1); received and reviewed ▮ executed confidentiality and non-disclosure agreement (.1); telephone conference with L. Barry regarding ▮ ▮ (.1); telephone conference with L. Barry regarding ▮ ▮ (.1). | 0.40 | 114.00 |

| Date | Atty/Code | Description | Hours | Amount |
|---|---|---|---|---|
| 1/21/2009 | JCa B060 | Received and reviewed notice from Guaranty Bank regarding agreed order default and correspondence to ib regarding same (.1). | 0.10 | 28.50 |
|  | LK B70 | Draft confidentiality and non-disclosure agreement between TS Printing and ▮ for review by J. Carruth (.6). | 0.60 | 69.00 |
| 1/22/2009 | JCa B100 | Worked on plan and disclosure statement (2.0). | 2.00 | 570.00 |
|  | JCa B050 | Telephone conference with opposing counsel S. Pierce (.3). | 0.30 | 85.50 |
|  | JCa B010 | Received and reviewed correspondence from N. Resnick (.1). | 0.10 | 28.50 |
|  | JCa B020 | Correspondence to K. Walsh regarding Comptroller amended claim (.1). | 0.10 | 28.50 |
| 1/23/2009 | JCa B070 | Worked on ▮ and correspondence with L. Barry and E. Schubert regarding same (.5). | 0.50 | 142.50 |
|  | JCa B050 | Correspondence with J. Stepp at TS Printing regarding collection issue (.1); prepared correspondence to Duplium representative regarding collection issue (.1). | 0.20 | 57.00 |
|  | JCa B100 | Worked on plan and disclosure statement (2.0); received and revived revised projections and liquidation analysis from E. Schubert and telephone conference with E. Schubert regarding same (.7). | 2.70 | 769.50 |
|  | JCa B050 | Prepared additional due diligence (financial related materials) to ▮ (▮) and correspondence with L. Barry and ▮ regarding same (.5). | 0.50 | 142.50 |
|  | LK B20 | Revised TS Printing equipment spreadsheet for review by J. Carruth (1.1). | 1.10 | 126.50 |
| 1/26/2009 | JCa B100 | Worked on plan and disclosure statement (2.0); received and revived revised projections and liquidation analysis from E. Schubert (.5). | 2.50 | 712.50 |

| Date | Atty/Code | Description | Hours | Amount |
|---|---|---|---|---|
| 1/27/2009 | KSS B20 | Prepared analysis of claims register (.5). | 0.50 | 57.50 |
|  | JCa B100 | Worked on and finalized plan and disclosure statement (4.5); worked on revised schedule of estimated and allowed claims (1.5); Received and reviewed projections from E. Schubert (.4). | 6.40 | 1,824.00 |
|  | JCa B060 | Conferred with L. Barry regarding ▮ ▮ (.2). | 0.20 | 57.00 |
|  | JCa B070 | Telephone conference and correspondence with L. Barry regarding ▮ ▮ (.4); prepared correspondence to N. Resnick regarding same (.1). | 0.60 | 171.00 |
|  | MC-B 100 | Conferred with J. Carruth regarding plan and disclosure statement issues (.2). | 0.20 | 70.00 |
| 1/28/2009 | JCa B100 | Correspondence with opposing counsel S. Rose regarding plan (.2). | 0.20 | 57.00 |
| 1/29/2009 | JCa B060 | Correspondence with opposing counsel K. Walsh regarding Comptroller claim amendments (.1). | 0.10 | 28.50 |
|  | JCa B060 | Correspondence with opposing counsel H. Jobe regarding adequate protection payment (.1). | 0.10 | 28.50 |
|  | JCa B060 | Follow-up regarding status of strategic opportunities (.1). | 0.10 | 28.50 |
|  | JCa B100 | Reviewed revised projections and liquidation analysis from E. Schubert (.5). | 0.50 | 142.50 |
| 1/30/2009 | JCa B100 | Telephone conference with S. Rose and J. Hamilton regarding Munoz position on MPC six color press (.3); telephone conference with L. Barry regarding same (.2). | 0.50 | 142.50 |
|  | JCa B100 | Attention to scheduling of upcoming disclosure statement hearings and plan related timeline and prepared correspondence to TS Printing management regarding same (.2). | 0.20 | 57.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 61.30 | $17,050.00 |

**EXPENSES:**

| | |
|---|---|
| Duplication Charges for the month of January 2009. | 31.75 |
| Research Expense | 47.52 |
| Total expenses | $79.27 |
| Interest on overdue balance | $1,806.18 |
| Total new charges | $18,935.45 |
| Previous Balance | $113,666.35 |
| **Balance Due** | **$132,601.80** |

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher Elsberry B010 Case Administration | 0.30 | 150.00 | $45.00 |
| Christopher Elsberry B020 Claims Analysis/Litigation | 1.80 | 150.00 | $270.00 |
| Jeff Carruth B010 - Case Administration | 5.80 | 285.00 | $1,653.00 |
| Jeff Carruth B020 - Claims Analysis/Litigation | 4.30 | 285.00 | $1,225.50 |
| Jeff Carruth B040 - Creditor Inquiries/Meetings | 0.10 | 285.00 | $28.50 |
| Jeff Carruth B050 - Financing/Cash Collateral | 3.70 | 285.00 | $1,054.50 |
| Jeff Carruth B060 -Leases, Executory Contracts, and Utilitie | 3.00 | 285.00 | $855.00 |
| Jeff Carruth B070 - Corporate/Business Operations | 12.50 | 285.00 | $3,562.50 |
| Jeff Carruth B080 - Litigation Matters | 5.50 | 285.00 | $1,567.50 |
| Jeff Carruth B100 - Plan and Disclosure Statement | 16.00 | 285.00 | $4,560.00 |
| Jeff Carruth B110 - Retention and Fee Application | 1.20 | 285.00 | $342.00 |
| Kerry Simmons - Claims Analysis | 0.80 | 115.00 | $92.00 |
| Lloyd Kraus B20 - Claims Analysis | 2.20 | 115.00 | $253.00 |
| Lloyd Kraus B70 - Corporate, Business Operations | 0.60 | 115.00 | $69.00 |
| Mark Castillo - B100 - Plan and Disclosure Statement | 0.20 | 350.00 | $70.00 |
| Stephanie Curtis - B50 - Financing/Cash Collateral | 0.40 | 425.00 | $170.00 |
| Stephanie Curtis - B60 - Leases, Executory Contracts, and Ut | 2.90 | 425.00 | $1,232.50 |

*Invoice reflects only payments recieved on or before last day of the billed month.*